| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Smith, Jr., Milan D. | 2. Court or Organization  Ninth Circuit | 3. Date of Report  05/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  United States Court of Appeals Suite 2325, 222 N Sepulveda Bl El Segundo, California 90245 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Smith, Jr., Milan D.**

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Self-employed attorney |
| 2. | 2010 | Gogian Foundation-Trustee |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University Law School-Religious Freedom Moot Court | February 6-7, 2010 | Washington, DC | Judge Religious Freedom Moot Court Competition | Transportation, Food, Hotel |
| 2. | Sandra Day O'Connor College of Law | April 25-26, 2010 | Tempe, Arizona | Participate in ASU Summit on the Future of Legal Education | Transportation, Food, Hotel |
| 3. | State Bar of California | May 7-8 2009 | San Francisco, California | CLE program program cancelled, but non-refundable travel reimbursed | Transportation |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | B.<br>(2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | C.<br>(2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | D.<br>(2) Date mm/dd/yy | D.<br>(3) Value Code 2 (J-P) | D.<br>(4) Gain Code 1 (A-H) | D.<br>(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. General Electric Co. | A | Dividend | J | T | | | | | |
| 2. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 3. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 4. Kinder Morgan Energy Partners LP Unit Ltd Partnershihp | B | Distribution | K | T | | | | | |
| 5. American Tower Corp CL A | | None | K | T | | | | | |
| 6. Devon Energy Corp New | A | Dividend | K | T | Buy (add'l) | 07/29/10 | J | | |
| 7. Devon Energy Corp New | | None | | | Buy (add'l) | 09/02/10 | J | | |
| 8. L-3 Communications Holdings Inc. | A | Dividend | K | T | Buy (add'l) | 07/26/10 | J | | |
| 9. Pepsico Incorporated | A | Dividend | K | T | Buy (add'l) | 04/08/10 | J | | |
| 10. Pepsico Incorporated | | None | | | Buy (add'l) | 09/02/10 | J | | |
| 11. Time Warner, Inc. | A | Dividend | J | T | | | | | |
| 12. Time Warner Cable | A | Dividend | J | T | | | | | |
| 13. Canadian Natl Ry Co. | A | Dividend | K | T | | | | | |
| 14. First Colony Life Policy | | None | J | T | | | | | |
| 15. Aetna Life Policy | A | Int./Div. | K | T | | | | | |
| 16. California Pizza Kitchen | | None | J | T | | | | | |
| 17. Quanta SVCS Inc | | None | K | T | Buy (add'l) | 09/02/10 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Quanta SVCS Inc | | None | | | Sold (part) | 10/11/10 | J | A | |
| 19. Dow Chemical Company 5.750 12/15/12 | A | Interest | J | T | | | | | |
| 20. Dow Chemical Company 5.3000 3/15/13 | A | Interest | J | T | | | | | |
| 21. Franklin Universal Trust | C | Dividend | L | T | Sold (part) | 05/20/10 | J | B | |
| 22. Franklin Universal Trust | | None | | | Sold (part) | 07/26/10 | J | C | |
| 23. General Electric Cap Corp 4.000 4/15/10 | A | Interest | | | Redeemed | 04/15/10 | J | A | |
| 24. Goldman Sachs 5.250 10/15/13 | A | Interest | J | T | | | | | |
| 25. Intl Lease Fin Corp 4.200 2/15/10 | A | Interest | | | Redeemed | 02/26/10 | J | A | |
| 26. John Hancock Life Ins Co 4.150 2/15/12 | A | Interest | J | T | | | | | |
| 27. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | J | T | | | | | |
| 28. McDonald's Corp 6.000 4/15/11 | A | Interest | J | T | | | | | |
| 29. MFS Intermediate Income Trust | C | Dividend | K | T | Sold (part) | 09/02/10 | K | C | |
| 30. Motorola Inc. 7.625 11/15/10 | A | Interest | | | Redeemed | 11/15/10 | J | | |
| 31. National Rural Utilities 4.125 2/15/11 | A | Interest | J | T | | | | | |
| 32. New York Tel Co. 7.000 6/15/13 | A | Interest | J | T | | | | | |
| 33. Teco Energy Inc 7.200 5/1/11 | A | Interest | J | T | Redeemed (part) | 04/26/10 | J | A | |
| 34. Anaheim CA Pub Fing Auth 5.000 10/1/10 | A | Interest | | | Redeemed | 10/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Parlier Calif Redev Agy 4.650% 8/1/10 | A | Interest | | | Redeemed | 08/02/10 | J | | |
| 36. Oneok Inc New | B | Dividend | L | T | | | | | |
| 37. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | | | | | |
| 38. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | J | T | | | | | |
| 39. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | A | Interest | J | T | | | | | |
| 40. Genzyme Corp Gen Div | | None | K | T | | | | | |
| 41. Marriott Int Inc Class A | A | Dividend | J | T | | | | | |
| 42. MBIA/Claymore MGD Dura Inv Grd Muni Fd | B | Dividend | | | Sold | 05/20/10 | K | C | |
| 43. Money Mkt Oblig Trust Auto Cash Mgmt | A | Int./Div. | J | T | | | | | |
| 44. American Capital Agency Corp | D | Dividend | L | T | Buy (add'l) | 04/08/10 | J | | |
| 45. Williams Partners LP Com Unit Ltd Part Int | C | Distribution | K | T | Sold (part) | 03/19/10 | J | D | |
| 46. Williams Partners LP Com Unit Ltd Part Int | | None | | | Sold (part) | 07/26/10 | J | D | |
| 47. Williams Partners LP Com Unit Ltd Part Int | | None | | | Sold (part) | 12/14/10 | J | C | |
| 48. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | B | Dividend | M | T | Sold (part) | 01/13/10 | J | | |
| 49. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | | | Sold (part) | 01/20/10 | J | | |
| 50. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | | | Buy (add'l) | 05/20/10 | K | | |
| 51. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | | | Sold (part) | 07/26/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | | | Sold (part) | 07/26/10 | J | | |
| 53. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | | | Sold (part) | 07/29/10 | K | A | |
| 54. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | | | Sold (part) | 09/02/10 | K | A | |
| 55. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | | | Sold (part) | 10/18/10 | J | A | |
| 56. Capstead Mtg Corp Com No Par | D | Dividend | K | T | Sold (part) | 05/20/10 | J | C | |
| 57. Capstead Mtg Corp Com No Par | | None | | | Buy (add'l) | 07/26/10 | K | | |
| 58. MFA Mortgage Investments Inc. | C | Dividend | K | T | Buy (add'l) | 05/20/10 | J | | |
| 59. MFA Mortgage Investments Inc. | | None | | | Buy (add'l) | 04/08/10 | J | | |
| 60. Hatteras Financial Corp | C | Dividend | K | T | Sold (part) | 04/08/10 | J | | |
| 61. Putnam Managed Municipal Income Trust-SBI | C | Dividend | K | T | Sold (part) | 05/20/10 | K | C | |
| 62. Putnam Managed Municipal Income Trust-SBI | | None | | | Sold (part) | 07/26/10 | J | A | |
| 63. Putnam Managed Municipal Income Trust-SBI | | None | | | Sold (part) | 12/13/10 | J | B | |
| 64. Putnam Municipal Opportunities Trust-SBI | C | Dividend | L | T | Sold (part) | 07/26/10 | K | C | |
| 65. Seligman Select Municipal Fund Inc. | C | Dividend | L | T | Sold (part) | 01/21/10 | J | A | |
| 66. Seligman Select Municipal Fund Inc. | | None | | | Sold (part) | 12/10/10 | K | A | |
| 67. Westernbank PR; 5.20%; 08/07/10 | B | Interest | | | Redeemed | 05/10/10 | K | | |
| 68. Fidelity Advisor Mun Income Fund CL T | B | Dividend | L | T | Buy (add'l) | 04/08/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gabelli Glbl Util Inc Trust GDV | A | Dividend | K | T | Buy (add'l) | 04/08/10 | K | | |
| 70. Gabelli Glbl Util Inc Trust GDV | | None | | | Buy (add'l) | 11/03/10 | J | | |
| 71. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | D | Dividend | M | T | Buy (add'l) | 03/19/10 | J | | |
| 72. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | None | | | Buy (add'l) | 03/19/10 | K | | |
| 73. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | None | | | Buy (add'l) | 04/08/10 | K | | |
| 74. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | None | | | Buy (add'l) | 05/20/10 | J | | |
| 75. Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | M | T | Sold (part) | 07/26/10 | J | A | |
| 76. Ishares Barclays Intermediate Credit Bond Fund | | None | | | Sold (part) | 10/12/10 | J | A | |
| 77. Ishares Barclays MBS Bond Fund ETF | D | Dividend | M | T | Buy (add'l) | 01/13/10 | J | | |
| 78. Ishares Barclays MBS Bond Fund ETF | | None | | | Sold (part) | 07/26/10 | J | A | |
| 79. Ishares Barclays MBS Bond Fund ETF | | None | | | Sold (part) | 07/26/10 | J | A | |
| 80. Ishares Barclays MBS Bond Fund ETF | | None | | | Sold (part) | 09/02/10 | K | A | |
| 81. Ishares Barclays MBS Bond Fund ETF | | None | | | Sold (part) | 10/12/10 | K | | |
| 82. Ishares Barclays MBS Bond Fund ETF | | None | | | Sold (part) | 12/10/10 | J | | |
| 83. Ishares Barclays MBS Bond Fund ETF | | None | | | Sold (part) | 12/13/10 | K | | |
| 84. Ishares Barclays 1-3 YR Credit Bond Fund ETF | C | Dividend | M | T | Sold (part) | 10/12/10 | J | A | |
| 85. Annaly Capital Management Inc. | D | Dividend | L | T | Buy (add'l) | 05/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Annaly Capital Management Inc. | | None | | | Buy (add'l) | 07/26/10 | J | | |
| 87. Annaly Capital Management Inc. | | None | | | Buy (add'l) | 04/08/10 | J | | |
| 88. Linn Energy LLC | C | Distribution | K | T | Sold (part) | 12/10/10 | J | C | |
| 89. Copano Energy LLC | C | Distribution | K | T | Sold (part) | 07/26/10 | J | C | |
| 90. Ishares Trust Barclays Credit Bond Fund ETF | D | Dividend | M | T | Sold (part) | 07/26/10 | J | A | |
| 91. Ameren Corp | B | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 92. Ameren Corp | | None | | | Buy (add'l) | 02/04/10 | J | | |
| 93. Cenovus Energy Inc | A | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 94. Encana Corp | A | Dividend | K | T | Buy (add'l) | 07/26/10 | J | | |
| 95. Encana Corp | | None | | | Buy (add'l) | 12/10/10 | J | | |
| 96. Ishares Barclays Short Treasury Bond Fund ETF | A | Dividend | | | Sold (part) | 01/13/10 | K | | |
| 97. Ishares Barclays Short Treasury Bond Fund ETF | | None | | | Sold (part) | 03/19/10 | K | | |
| 98. Ishares Barclays Short Treasury Bond Fund ETF | | None | | | Sold | 04/08/10 | L | | |
| 99. Abbot Laboratories | B | Dividend | K | T | Buy (add'l) | 04/08/10 | J | | |
| 100. Abbot Laboratories | | None | | | Buy (add'l) | 07/26/10 | J | | |
| 101. Abbot Laboratories | | None | | | Sold (part) | 12/29/10 | J | | |
| 102. H & Q Life Sciences Ivestors SBI | C | Dividend | L | T | Buy (add'l) | 04/08/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. H & Q Life Sciences Ivestors SBI | | None | | | Buy (add'l) | 07/26/10 | J | | |
| 104. Enterprise Products Partners LP | B | Distribution | K | T | | | | | |
| 105. Powershares Global Exchange Trades FD TR Weekly VRDO Tax Fre | A | Dividend | | | Sold | 03/09/10 | L | | |
| 106. Teco Energy Inc | A | Dividend | J | T | | | | | |
| 107. Blackrock Income Trust Inc | D | Dividend | M | T | Buy (add'l) | 01/20/10 | J | | |
| 108. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 01/20/10 | K | | |
| 109. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 03/19/10 | K | | |
| 110. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 03/20/10 | K | | |
| 111. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 04/08/10 | K | | |
| 112. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 07/26/10 | K | | |
| 113. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 10/12/10 | K | | |
| 114. DWS Dreman Value Income Edge Fund Inc New | B | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 115. DWS Dreman Value Income Edge Fund Inc New | | None | | | Buy (add'l) | 03/19/10 | J | | |
| 116. DWS Dreman Value Income Edge Fund Inc New | | None | | | Buy (add'l) | 03/20/10 | J | | |
| 117. DWS Dreman Value Income Edge Fund Inc New | | None | | | Buy (add'l) | 04/08/10 | J | | |
| 118. DWS Dreman Value Income Edge Fund Inc New | | None | | | Buy (add'l) | 09/02/10 | J | | |
| 119. DWS Dreman Value Income Edge Fund Inc New | | None | | | Sold (part) | 11/26/10 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DWS Dreman Value Income Edge Fund Inc New | | None | | | Buy (add'l) | 12/10/10 | K | | |
| 121. Franklin Investors Secs Tr Adjustable US Govt Secs Fund | A | Dividend | K | T | Buy (add'l) | 01/04/10 | J | | |
| 122. Franklin Investors Secs Tr Adjustable US Govt Secs | | None | | | Buy (add'l) | 02/01/10 | J | | |
| 123. Gabelli Dividend & Income Fund | B | Dividend | K | T | Buy (add'l) | 07/26/10 | K | | |
| 124. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 01/13/10 | K | | |
| 125. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 03/19/10 | K | | |
| 126. Gabelli Dividend & Income Fund | | None | | | Sold (part) | 07/26/10 | K | | |
| 127. Ishares Trust Barclays 1-3 Yr Credit Bond Fund ETF | C | Dividend | M | T | Sold (part) | 04/20/10 | K | | |
| 128. H J Heinz Co | A | Dividend | J | T | Buy (add'l) | 04/08/10 | J | | |
| 129. Eli Lilly & Co | A | Dividend | J | T | Buy (add'l) | 04/08/10 | J | | |
| 130. Statoil Asa Sponsored ADR | A | Dividend | J | T | Buy (add'l) | 04/08/10 | J | | |
| 131. Statoil Asa Sponsored ADR | | None | | | Buy (add'l) | 08/24/10 | J | | |
| 132. Statoil Asa Sponsored ADR | | None | | | Sold (part) | 11/03/10 | J | | |
| 133. St Jude Medical Inc | | None | J | T | Buy (add'l) | 04/08/10 | J | | |
| 134. Windstream Corp | A | Dividend | J | T | Buy (add'l) | 04/08/10 | J | | |
| 135. M & I Marshall & Ilsley Bk Milwaukee Wis C/D FDIC DUE 2/26/2 | | None | | | Redeemed | 02/26/10 | K | A | |
| 136. United Western Bk Denver Co C/D FDIC Ins to Limits Due 6/30/ | A | Interest | | | Redeemed | 06/30/10 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab CA Muni Money Fund Cash Money Market Fund | A | Int./Div. | L | T | | | | | |
| 138. Western Asset Emerging Mkts Income Fd Inc | B | Dividend | L | T | Buy | 08/24/10 | J | | |
| 139. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 10/12/10 | K | | |
| 140. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 11/04/10 | K | | |
| 141. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 12/10/10 | K | | |
| 142. RBC Prime Money Market Cash Reserve | A | Interest | O | T | | | | | |
| 143. H & Q Healthcare Investors SBI | B | Dividend | K | T | Buy | 05/20/10 | K | | |
| 144. H & Q Healthcare Investors SBI | | None | | | Sold (part) | 12/10/10 | J | A | |
| 145. NFJ Divid Int & Prem Strategy FD | A | Dividend | L | T | Buy | 10/11/10 | K | | |
| 146. NFJ Divid Int & Prem Strategy FD | | None | | | Buy (add'l) | 11/03/10 | K | | |
| 147. NFJ Divid Int & Prem Strategy FD | | None | | | Buy (add'l) | 12/10/10 | J | | |
| 148. Ishares TR 2012 S&P AMT Free Municipal Ser FD | A | Dividend | K | T | Buy | 03/22/10 | K | | |
| 149. Ishares TR 2013 S&P AMT Free Municipal Ser FD | A | Dividend | K | T | Buy | 03/22/10 | K | | |
| 150. Ishares TR 2013 S&P AMT Free Municipal Ser FD | | None | | | Buy (add'l) | 05/20/10 | J | | |
| 151. Ishares TR 2014 S&P AMT Free Municipal Ser FD | A | Dividend | K | T | Buy | 07/26/10 | J | | |
| 152. Ishares TR 2014 S&P AMT Free Municipal Ser FD | | None | | | Buy (add'l) | 08/02/10 | J | | |
| 153. Managed Duration Invt Grade Mun FD | B | Dividend | K | T | Spinoff (from line 42) | 06/03/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Managed Duration Invt Grade Mun FD | | None | | | Sold (part) | 09/02/10 | J | B | |
| 155. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | K | T | Buy | 03/19/10 | K | | |
| 156. Textron Inc | A | Dividend | K | T | Buy | 09/02/10 | J | | |
| 157. Textron Inc | | None | | | Buy (add'l) | 10/11/10 | J | | |
| 158. Templeton Income TR Global Total Return FD ADV CL | A | Dividend | K | T | Buy | 12/13/10 | K | | |
| 159. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | A | Dividend | L | T | Buy | 12/13/10 | L | | |
| 160. California St Dept Zero 6.7% (X) See Part VIII | | None | | | Redeemed | 03/01/10 | J | | |
| 161. Allegheny Energy Inc. (X) See Part VIII | A | Dividend | J | T | | | | | |
| 162. Russell Money Market S | | | | | Sold | 03/19/10 | J | | |
| 163. Tamarack Instl Prime Fd | | | | | Sold | 04/08/10 | O | | |
| 164. Gabelli Glbl Util Inc Trust (Y) See Part VIII | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 69, Part VII (Gabelli Glbl Util Inc Trust GDV) is the same as Gabelli Glbl Util Inc Trust, shown as Item 115, Part VII in my 2009 report, and as Item 164, Item 164, Part VII in this report.

Item 160, Part VII (California St. Dept Zero Bond). This $5,000 bond was inadvertently omitted on my prior report. It was held by███████ IRA.

Item 161, Part VII (Allegheny Energy, Inc.) This assert was inadvertently omitted on my prior report. It is held by███████ IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/05/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Milan D. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544